503

No. 56751.—James M. McCunn & Co., Inc. v. United States, protest 176338-K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protest was sustained to this extent.

No. 56752.—International Distributors et al. v. United States, protests 179977-K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found; not landed, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found; manifested, not found. The protests were sustained to this extent.

No. 56753.—Gat Cheung Co. et al. v. United States, protests 174165-K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56754.—Barnett International Forwarders, Inc., et al. v. United States, protests 180624-K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 6, 1952

No. 56755.—SUIT 4684.—United States v. Freedman & Slater, Inc.——————Reap. Dec. 7974 reversed and remanded March 27, 1952. C. A. D. 486.